### 7625. ENGLISH v. GRIFFIN MERCANTILE COMPANY.

LUKE, J. Under the facts of this cause, as shown by the answer of the justice of the peace to the certiorari, the court did not err in overruling the certiorari.

*Judgment affirmed. Wade, C. J., and George, J., concur.*

DECIDED JANUARY 23, 1917.

Certiorari; from Monroe superior court—Judge Searcy. May 6, 1916.

*B. H. Manry,* for plaintiff in error.